UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GEORGE J. VENDURA, JR.** <br><br> Plaintiff, <br><br> v. <br><br> **NORTHROP GRUMMAN CORPORATION,** *et al.* <br><br> Defendants. | **Civil No. 1:14-CV-10943-WGY** <br><br> **Judge William G. Young** |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Defendants hereby move this Court for an order withdrawing the appearance of James F. Tierney as their Counsel. As grounds for the motion, Defendants state as follows:

1. Local Rule 83.5.2(c)(2) provides that "[a]n attorney may seek leave of court to withdraw his or her appearance for good cause shown." An attorney's motion to permissively withdraw "is a matter addressed to the discretion of the trial court." *Andrews v. Bechtel PowerCorp.*, 780 F.2d 124, 135 (1st Cir. 1985).

2. Good cause exists to justify the Court's exercise of its discretion here. Mr. Tierney's employer will be changing as of August 14, 2015, after which point he will no longer be employed by Mayer Brown LLP and will no longer represent the firm's clients. Mr. Tierney's colleagues, Nancy Ross and Samuel Myler of Mayer Brown LLP, have been admitted *pro hac vice* to this Court (Dkt. Nos. 9, 40), and will continue to represent Defendants in this matter.

3. Mr. Tierney certifies that counsel for Defendants has conferred with Plaintiff's counsel, who has assented to the relief sought in this motion.

Dated: August 13, 2015

Respectfully submitted,

By:     s/ James F. Tierney

James F. Tierney, BBO # 682712
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
Telephone:    (202) 263-3357
Facsimile:    (202) 263-5257
Email: jtierney@mayerbrown.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I, James F. Tierney, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF, and paper copies will be sent by U.S. mail for delivery within three business days to those indicated as non-registered participants on August 13, 2015.

s/ James F. Tierney
*Attorney for Defendants*